# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DIANE CAPUTO,

     Plaintiff,                                           CASE NO.:  8:17-CV-2223-T-33JSS

-vs-

DIAMOND RESORTS INTERNATIONAL, INC.

     Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**COMES NOW** the Plaintiff, Diane Caputo, and the Defendant, Diamond Resorts International, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, without prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 8th day of January, 2018.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Frank A. Zacherl (by permission)* |
| Octavio Gomez, Esquire | Frank A. Zacherl, Esquire |
| Florida Bar No.: 0338620 | Florida Bar No.: 868094 |
| Morgan & Morgan, Tampa, P.A. | Shutts & Bowen, LLP |
| One Tampa City Center | Southeast Financial Center |
| Tampa, Florida 33602 | 200 S. Biscayne Blvd. #4100 |
| Tele: (813) 223-5505 | Miami, Florida 33131 |
| Fax: (813) 223-5402 | Tele: (305) 358-6300 |
| Primary Email: TGomez@ForThePeople.com | Fax: (305) 381-9982 |
| Secondary Email: | gservice@shutts.com |
| LDobbins@ForThePeople.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |